UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                        :

                                        :          **ORDER**

                                        :

IN RE: WORLD TRADE CENTER LOWER       :     21-mc-102 (AKH)
MANHATTAN DISASTER SITE LITIGATION.   :

                                          :

                                        :

                                        :

                                        :

                                        :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Counsel in the above captioned matter has advised the Court that the following cases have been resolved by settlement:

        1:05-cv-09426-AKH, 1:06-cv-06018-AKH, 1:06-cv-11431-AKH, 1:06-cv-14807-AKH, 1:07-cv-00305-AKH, 1:07-cv-00787-AKH, 1:07-cv-00806-AKH, 1:07-cv-00980-AKH, 1:07-cv-01489-AKH, 1:07-cv-01584-AKH, 1:07-cv-01586-AKH, 1:07-cv-01653-AKH, 1:07-cv-01655-AKH, 1:07-cv-01657-AKH, 1:07-cv-01666-AKH, 1:07-cv-04469-AKH, 1:07-cv-04483-AKH, 1:07-cv-04484-AKH, 1:07-cv-05275-AKH, 1:07-cv-05301-AKH, 1:07-cv-05308-AKH, 1:07-cv-05329-AKH, 1:07-cv-05348-AKH, 1:07-cv-05357-AKH, 1:07-cv-05381-AKH, 1:07-cv-07968-AKH, 1:07-cv-08290-AKH, 1:07-cv-11020-AKH, 1:07-cv-11263-AKH, 1:08-cv-02587-AKH, 1:08-cv-02647-AKH, 1:08-cv-02649-AKH, 1:08-cv-02650-AKH, 1:08-cv-02710-AKH, 1:08-cv-02722-AKH, 1:08-cv-03135-AKH, 1:08-cv-04613-AKH, 1:08-cv-05708-AKH, 1:09-cv-07119-AKH, 1:10-cv-06863-AKH, 1:10-cv-07037-AKH, 1:10-cv-07184-AKH.

Each of the above-listed cases is dismissed and the clerk shall mark each case

closed.

SO ORDERED.

Dated:      October 22, 2021
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge